**E-FILED**
Wednesday, 28 August, 2013  10:57:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

THOMAS NIEMEYER, SHUNTISHA
CARPENTER, and JAMES CASSIDY,
Individually

        Plaintiffs,

        v.

CITY OF PEORIA, ILLINOIS,
An Illinois Local Governmental Entity,

        Defendant

Case No. 07- 1103
Judge Joe Billy McDade
Magistrate Judge Byron G. Cudmore

## PLAINTIFF'S STATUS REPORT

Now come the Plaintiffs, Thomas Niemeyer, Shuntisha Carpenter, and James Cassidy,

Individually, by Richard L. Steagall, their attorney, and make the following Status

Report:

1.      Ronald O'Neal Jr. attorney for the City of Peoria informs the undersigned

the City Manager has approved the settlement and it will be voted on the City Council

for approval at its Tuesday, September 10, 2013 meeting.

2.      Plaintiff suggests the matter be continued for 30 days to complete the

settlement. It was the usual practice for the City of Peoria to issue a settlement check

one week from the Friday of the week in which the City Council voted approval.

1

Respectfully submitted,

s/ Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on **August 28, 2013**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ronald D O'Neal , Jr
City of Peoria
419 Fulton Street, Room 200
Peoria, IL 61602
309-494-8590
Fax: 309-494-8559
roneal@ci.peoria.il.us

RICHARD L. STEAGALL
RYAN S. MCCRACKEN
Nicoara & Steagall
Commerce Building
416 Main Street Suite 815
Peoria, IL 61602-1103
Tel: 309-674-6085
Fax: 309-674-6032
nicsteag@mtco.com