UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| THOMAS NIEMEYER, SHUNTISHA CARPENTER, and JAMES CASSIDY, Individually<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PEORIA, ILLINOIS, An Illinois Local Governmental Entity,<br><br>Defendant | Case No. 07- 1103<br>Judge Joe Billy McDade<br>Magistrate Judge Byron G. Cudmore |

**PLAINTIFFS' MOTION TO DISMISS ACTION WITH PREJUDICE**

Now come the Plaintiffs, Thomas Niemeyer, Shuntisha Carpenter, and James Cassidy, Individually, by Richard L. Steagall, their attorney, and move the court to enter the folllowing Order and for such motion states:

1.  Class certification was denied. All defendants and claims apart from the claims of these three plaintiffs against the City of Peoria, Illinois have been dismissed.

2.  The City Council of Peoria has approved the settlement agreement reachec with these plaintiffs, the releases have been provided the City, and the City has paid the agreed upon settlement amount.

3.  A Dismissal Order closing this case is appropriate. Plaintiff attaches a proposed Order.

1

                Respectfully submitted,

                s/ Richard L. Steagall
                RICHARD L. STEAGALL,
                Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on **October 17, 2013**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ronald D O'Neal , Jr
City of Peoria
419 Fulton Street, Room 200
Peoria, IL 61602
309-494-8590
Fax: 309-494-8559
roneal@ci.peoria.il.us

RICHARD L. STEAGALL
RYAN S. MCCRACKEN
Nicoara & Steagall
Commerce Building
416 Main Street Suite 815
Peoria, IL 61602-1103
Tel: 309-674-6085
Fax: 309-674-6032
nicsteag@mtco.com